IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN F. QUINTANA,

    Plaintiff,

v.                                                               No. CV 14-0986 KG/GBW

METROPOLITAN DETENTION CENTER, et al.,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. By order entered on December 10, 2014, the Court directed Plaintiff to cure certain filing defects. Plaintiff has not responded to the order or otherwise cured the specified defects. Because Plaintiff has failed to comply with the Court's order or cure the filing defects, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), the Court will dismiss his complaint.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice, pending motions are DENIED as moot, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE